## WAIVER OF SERVICE OF SUMMONS

Pursuant to the Court's Order of January 21, 2014 in *In re Incretin-Based Therapies Products Liability Litigation*, counsel for the undersigned defendant hereby acknowledges receipt of the Complaint and waives service of the summons under Rule 4 of the Federal Rules of Civil Procedure in the action of <u>Jewel Jones and Tanya Chamberlain as co-administrators of the Estate of Velma Jones v. Merck Sharp & Dohme Corp.</u>, which is case number <u>14-CV1676 AJB MDD</u> in the United States District Court for the Southern District of California.

The undersigned defendant hereby retains all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

In accordance with the Court's Order referenced above, the undersigned defendant's Answer to the Consolidated Master Form Complaint automatically serves as the Answer in this action, and no further Answer is required.

By: *(signature)*

Jonathan L. Williams

For: Merck Sharp & Dohme Corp.

Date: July 28, 2014